IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                                 NO. 03-20350-Ma

SYLVESTER BUTLER,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the defendant's May 11, 2005 motion to continue the sentencing hearing which is presently set for May 12, 2005. For good cause shown, the motion is granted. The sentencing of defendant Sylvester Butler is **reset to Wednesday, June 22, 2005 at 1:30 p.m.**

It is so ORDERED this 12th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CR-20350 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT