IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 JUN 16 PM 6:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                NO. 03-20350-Ma

SYLVESTER BUTLER,

   Defendant.

---

### ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's June 15, 2005, motion to reset the sentencing of Sylvester Butler, which is presently set for June 22, 2005. For good cause shown, the motion is granted. The sentencing of defendant Sylvester Butler is **reset to Thursday, August 18, 2005, at 9:30 a.m.**

It is so ORDERED this 16th day of June, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-17-05

64



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CR-20350 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT