IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 PM 3:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 03-20350-Ma

SYLVESTER BUTLER

　　　Defendant.

---

ORDER RESETTING SENTENCING DATE

---

　　　Before the court is the defendant's August 9, 2005, unopposed motion to reset the sentencing of Sylvester Butler, which is presently set for August 18, 2005. For good cause shown, the motion is granted. The sentencing of defendant Sylvester Butler is **reset to Wednesday, September 18, 2005, at 1:30 p.m.**

　　　It is so ORDERED this 17th day of August, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-22-05

68

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:03-CR-20350 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT