IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 03-20350-Ma

SYLVESTER BUTLER,

   Defendant.

---

CORRECTING ORDER

---

The court entered an order on August 17, 2005, resetting the sentencing of the defendant. The order stated the wrong date. The **correct** date of the sentencing is **Wednesday, September 28, 2005, at 1:30 p.m.**

   It is so ORDERED this 25th day of August, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:03-CR-20350 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT