IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 4:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                          NO. 03-20350-Ma

SYLVESTER BUTLER,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's September 23, 2005, motion to reset the sentencing of Sylvester Butler, which was set for September 28, 2005. The government does not oppose the resetting. For good cause shown, the motion is granted. The sentencing of defendant Sylvester Butler is **reset to Thursday, November 17, 2005, at 1:30 p.m.**

It is so ORDERED this 29th day of September, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   10-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:03-CR-20350 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT